84,002-01

Date - Nov. 28, 2015

Re; Response to findings of fact
and conclusions of law by
the trial court.

RECEIVED IN
COURT OF CRIMINAL APPEALS

DEC 0 2 2015

Abel Acosta, Clerk

Dear Clerk of the Court of Criminal Appeals;
I received a white card a couple weeks ago stating that;
"This is to advise that the Court has denied without written
order the application for writ of habeas corpus. ON ON THEND IN
FINDINGS OF THE TRIAL COURT WITHOUT A HEARING. I am NOT a
lawyer, therefore I rely on the integrity of the clerk of the
trial court to appropriately file the documentation which I
send him/her. In this particular situation.... The record is
clear that the trial court adopted the State's findings and
conclusions only FOUR DAYS after having been drafted... Long
before I received a copy of the State's/Court's decisions; ie
findings and conclusions. I was NOT given a chance to make a
rebuttal to the court's ruling before it was adopted. I only
received a copy about a week or so later. However, once I
did receive a copy of their findings in hand, I immediately
drafted and mailed my rebuttal to the findings / conclusions
as well as a motion for an extention of time to address the
issues, and an objection to the trial court's "premature"
adoption of the findings which completely deprived me an
opportunity to rebut the State/Court's claim that every issue
I had filed was meritless. It appears; and I have been told
as of late... that the trial court clerk's are notorious for
withholding rebuttals such as mine, and either sending them
to the Court of Criminal Appeals in an untimely mannner, or
simply not forwarding them for consideration at all. When
they are not forwarded, I am told the Court of Criminal Appea
Appeals takes that as the appellant's exceptance/agreement
that the issues are meritless. It is my belief that the
trial court clerk failed to forward my rebuttal to your court
thereby resulting in a denial w/o written order based on the
TRIAL COURT FINDINGS WITHOUT A HEARING. Please advise me as
to whether you received my findings of facts/conclusions of
law in this cause as soon as possible.                    Over

If you dont have it, then it wasent considered when the Court of Criminal Appeals reviewed and dismissed my issues without review. If you indeed receive it. I would certainly like to be advised as to why my issues did not even merit a hearing. Something has gone terribly wrong here. I need to get to the bottom of this as quickly as possible. Please send me a copy of the findings of facts and conclusions of law REBUTTAL I filed with the trial cour court clerk. If the clerks are withholding such documents thereby causing dismissal of pro se applicant's 11.07's I'm sure the Court of Criminal Appeals would be interested in correcting that matter. All I can do at this point is rely on YOU as the clerk of the Court of Criminal Appeals to help me get to the bottom of this. It is my understanding that the clerks of the trial do not work for the DA. And thereby should not be in any way, shape or form attempting to assist in protecting their city convictions. If you dont have a copy of it, they withheld it. I'll need to file another writ to get this situation straighted out so I can get the review of my issues that I should have got in the first place. Thank you very much Sir/Ma'am for any help or light you can shed on this matter. I have no intention to remain silent if the trial court clerk has withheld my rebuttal thus causing my issues to be denied a hearing/review on the merits.

Respectfully; *ADEDJI ADEKEYE*

ADEDJI O. ADEKEYE

TDCJ. NO.        1829923

TRAIL CT. NO. 1349025-A

WR-84, 002-01

Ferguson Unit
12120 Savage Dr.
Midway, Tx. 75852